# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00638-CV

**Minchew/Smith, Inc. d/b/a Re/Max Austin Associates and Natalie Brodersen, Appellants**

**v.**

**Carment A. Kiara, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-08-001187, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Minchew/Smith, Inc. d/b/a Re/Max Austin Associates and Natalie Brodersen have filed a motion to dismiss this appeal. They certify that they have conferred with appellee Carment A. Kiara and that Kiara does not oppose this motion. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed: April 9, 2010